File No. 14794-0032-JCG/JBD
**PARKER McCAY P.A.**
**By:  John C. Gillespie, Esquire**
jgillespie@parkermccay.com
**By:  J. Brooks DiDonato, Esquire**
bdidonato@parkermccay.com
**9000 Midlantic Drive, Suite 300, P.O. Box 5054**
**Mount Laurel, New Jersey  08054**
**(856) 596-8900**
*Attorneys for Defendants, Borough of Woodlynne, Edwin J. Figueroa, Officer Clouden, and*
*Detective Feliciano*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| | HONORABLE RENÉE MARIE BUMB |
| JAI WOOD, JR., | |
| Plaintiffs, | CIVIL ACTION NO. 21-cv-20738-RMB-SAK |
| v. | |
| BOROUGH OF WOODLYNNE AND EDWIN J. FIGUEROA AND OFFICER RYAN DUBIEL, AND OFFICER CLOUDEN AND DETECTIVE FELICIANO AND OFFICERS JOHN DOE #'s 1-10, | CIVIL ACTION |
| Defendants. | |

**CONSENT ORDER TO VACATE DEFAULT, WITHDRAW MOTION TO ENTER DEFAULT JUDGMENT AND EXTEND TIME TO ANSWER OR OTHERWIDE PLEAD**

LAW OFFICE
Parker McCay P.A.

Application being made by Parker McCay, P.A. attorneys for Defendants, Borough of

Woodlynne, Edwin J. Figueroa, Officer Clouden and Detective Feliciano, for a Consent Order

Vacating Default, Withdrawing the Motion to Enter Default Judgment, and Extending Time to

1

Answer, or otherwise move with respect to the Complaint filed herein, and Thomas Bruno, II, Esquire, attorney for Plaintiff, S.P., consenting hereto and for good cause shown:

IT IS, ON THIS 7th DAY OF **July , 2022,** ORDERED THAT the defaults entered in this matter against Defendants, Borough of Woodlynne, Edwin J. Figueroa, Officer Clouden, Detective Feliciano, and Officer Ryan Dubiel are hereby vacated, the Motion to Enter Default Judgment against all defendants is hereby withdrawn, and Defendants, Borough of Woodlynne, Edwin J. Figueroa, Officer Clouden, Detective Feliciano, and Officer Ryan Dubiel  shall file an Answer or otherwise move with respect to the Complaint no later than July 29, 2022 from the entry of this order.

Renée Marie Bumb
U.S. District Judge

We hereby consent to the entry of the
foregoing Order.

ABRAMSON & DENENBERG, P.C.
Attorneys for Plaintiff, Jai Wood

By: _____
         THOMAS BRUNO, II, ESQ.

PARKER McCAY, P.A.
Attorneys for Defendants Borough of Woodlynne, Edwin J. Figueroa, Officer Clouden and Detective Feliciano

_____
         J. BROOKS DiDONATO, ESQ.

4859-8404-7398, v. 1

2